IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LIAM HASTINGS, Individually
And as Parent and Next Friend of
NICHOLAS HASTINGS, and
SYDNEY HASTINGS, both Minors,
and TRENTON HASTINGS,
Individually                                                                                    PLAINTIFF

v.                                            Case No. 4:19-cv-4067

FCA US LLC f/k/a/ CHRYSLER GROUP
LLC f/k/a CHRYSLER LLC
f/k/a DAIMLER CHRYSLER f/k/a
CHRYSLER CORPORATION;
LONNIE McCURRY'S FOUR-WHEEL-
DRIVE-CENTER, INC. d/b/a
SKYJACKER SUSENSION, INC,; and
QUADRATEC, INC.                                                                              DEFENDANTS

## **ORDER**

The Court's January 7, 2021 order (ECF No. 59) is hereby amended to state that the trial of this matter, currently scheduled for the week of September 20, 2021[1], is hereby cancelled, and all pretrial deadlines are lifted. A new Final Scheduling Order shall issue with a new trial date and new pretrial deadlines.

**IT IS SO ORDERED**, this 7th day of January, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] The Court's previous order incorrectly stated the trial date as the week of May 23, 2021. (ECF No. 59).