IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LIAM HASTINGS, Individually
And as Parent and Next Friend of
NICHOLAS HASTINGS, and
SYDNEY HASTINGS, both Minors,
and TRENTON HASTINGS, Individually                             PLAINTIFFS


vs.                             Civil No. 4:19-cv-04067


FCA US LLC f/k/a/ CHRYSLER GROUP
LLC f/k/a CHRYSLER LLC
f/k/a DAIMLER CHRYSLER f/k/a
CHRYSLER CORPORATION;
LONNIE McCURRY'S FOUR-
WHEELDRIVE-CENTER, INC.
d/b/a SKYJACKER SUSENSION, INC.,
and QUADRATEC, INC.                                            DEFENDANTS


# ORDER

Before the Court is Separate Defendant Quadratec, Inc.'s ("Quadratec") Motion for Reconsideration of the Order Denying its Motion for Protective Order. ECF No. 88. Plaintiffs have responded. ECF No. 90. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2009), the Honorable Susan O. Hickey referred this Motion to the undersigned, and it is now ripe for consideration. ECF No. 91.

On October 13, 2021, this Court entered an Order denying Quadratec's Motion for Protective Order. ECF No. 87. With that Motion, Quadratec sought protection from Plaintiffs' possible future notice of intention to take the deposition of one of its corporate witnesses. ECF No. 81. In that Motion, Quadratec sought a Protective Order, pursuant to FED. R. CIV. P. 26(c),

1

regarding Plaintiffs' proposed deposition of Mr. John Stewart, a Quadratec corporate official in his individual capacity.

According to the pending Motion, Quadratec seeks reconsideration of this Court's previous Order denying its Motion because "the Order mistakenly indicates Quadratec seeks to force Plaintiffs to either depose Stewart as a fact witness or a 30(b)(6) representative, not both." ECF No. 88, p. 3.

The Court was not mistaken in this finding. In fact, this is exactly the relief requested by Quadratec in their Motion for Protective Order. ECF No. 81. The relief sought by Quadratec was as follows:

> WHEREFORE, Separate Defendant, Quadratec, Inc., seeks an Order of Protection directing Plaintiffs to either outline topics for Plaintiffs' proposed 30(b)(6) deposition of Quadratec as described in Exhibit "6" or waive the right to request a 30(b)(6) deposition of Quadratec if it proceeds to take the Stewart deposition before serving a 30(b)(6) topic notice to avoid a scenario where Quadratec's witnesses have to present for their depositions twice.

ECF No. 81, p. 6.

The Court has reviewed the parties' arguments and briefing in this matter. For the reasons set forth in its Order of October 13, 2021, the Court finds Defendant Quadratec, Inc.'s Motion for Reconsideration of the Order Denying its Motion for Protective Order (ECF No. 88) should be **DENIED.**

**IT IS SO ORDERED this 19th day of October 2021.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

2