IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LIAM HASTINGS, Individually and
as Parent and Next Friend of NICOLAS
HASTINGS and SYDNEY HASTINGS, both
Minors; and TRENTON HASTINGS,
Individually                                                                                          PLAINTIFFS


v.                                           Case No. 4:19-cv-4067


FCA US LLC f/k/a/ CHRYSLER
GROUP, LLC f/k/a CHRYSLER LLC
f/k/a/ DAIMLER CHRYSLER f/k/a
CHRYSLER CORPORATION; LONNIE
MCCURRY'S FOUR-WHEEL-DRIVE-
CENTER, INC. d/b/a SKYJACKER
SUSPENSION, INC.; and QUADRATEC, INC.                                           DEFENDANTS

## ORDER

Before the Court is Plaintiffs' Notice of Settlement as to All Parties and Motion to Amend the Prior Motion to Seal. (ECF No. 114). Also before the Court is Plaintiffs' motion for leave to file a settlement agreement under seal (ECF No. 98), Defendant Quadratec, Inc.'s motion to compel (ECF No. 99), and Plaintiffs' motion for leave to amend their complaint. (ECF No. 107).

Plaintiffs previously settled their claims against Separate Defendant FCA US LLC. Because that agreement involves payments to minors, Plaintiffs require the Court's approval of the settlement, so they sought leave to file their settlement agreement under seal. (ECF No. 98). Since then, Plaintiffs settled all remaining claims against the other defendants in this case. Accordingly, Plaintiffs filed the instant notice of settlement.

The instant notice asks the Court for leave to file under seal all settlement agreements with all defendants in this case for the Court's approval.[1]  The notice also indicates that Defendant Quadratec, Inc.'s pending motion to compel (ECF No. 99) and Plaintiffs' pending motion for leave to amend their complaint (ECF No. 107) are now moot.[2]  Based on these representations, Defendant Quadratec Inc.'s motion to compel (ECF No. 99) and Plaintiffs' motion for leave to amend their complaint (ECF No. 107) are hereby **DENIED AS MOOT**.  Presumably, because Plaintiffs filed an amended motion for leave to file settlement agreements under seal, the original motion is also moot.  That motion (ECF No. 98) is also **DENIED AS MOOT**.

It is unclear whether Defendant Lonnie McMurray's Four-Wheel-Drive-Center's pending motion for leave to amend its answer (ECF No. 96) is also moot in light of the settlements.  Counsel for Defendant Lonnie McMurray's Four-Wheel-Drive-Center is directed to file a status update within fourteen days of the date of this order, stating whether that relief is still being sought or if that motion may also be denied as moot.

**IT IS SO ORDERED**, this 21st day of March, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] Plaintiff later raised that request by separate motion.  (ECF No. 115).  The Court will rule on that motion after all parties have had an opportunity to respond or once the time to respond passes.

[2] However, the closing line of the instant notice asks the Court to give Plaintiffs twenty days to file an amended complaint.  (ECF No. 115, p. 2).  That passage is not explained and does not match Plaintiffs' statement that their pending motion to amend is now moot in light of the settlements.  The Court will deny Plaintiffs' motion for leave to amend (ECF No. 107) as moot.  If Plaintiffs need to file an amended complaint for some reason before the settlement is finalized, they may file an appropriate motion.