IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LIAM HASTINGS, Individually and
as Parent and Next Friend of NICOLAS
HASTINGS and SYDNEY HASTINGS, both
Minors; and TRENTON HASTINGS,
Individually                                                                                        PLAINTIFFS

v.                                    Case No. 4:19-cv-4067

FCA US LLC f/k/a/ CHRYSLER
GROUP, LLC f/k/a CHRYSLER LLC
f/k/a/ DAIMLER CHRYSLER f/k/a
CHRYSLER CORPORATION; LONNIE
MCCURRY'S FOUR-WHEEL-DRIVE-
CENTER, INC. d/b/a SKYJACKER
SUSPENSION, INC.; and QUADRATEC, INC.                                DEFENDANTS

**ORDER**

Before the Court is Plaintiffs' Petition for Minors' Compromise. (ECF No. 122). The parties have reached confidential settlement agreements in this matter and ask the Court to approve the agreements' terms with respect to the claims involving Nicolas and Sydney Hastings, both minors.

Upon consideration of the confidential settlement agreements' terms (ECF No. 123) and the recommendation of the guardian *ad litem* filed under seal with the Court (ECF No. 124), the Court finds the parties have shown good cause for approval of the confidential settlement agreements with respect to Nicolas and Sydney Hastings, both minors; that there is a dispute as to liability in this case; that the confidential settlement agreements are compromise settlement agreements; and that the confidential settlement agreements are just, fair and reasonable, and in the best interests of Nicolas and Sydney Hastings, both minors.

Accordingly, Plaintiffs' Petition for Minors' Compromise (ECF No. 122) should be and hereby is **GRANTED**.  Any and all claims of Nicolas and Sydney Hastings, both minors, arising out of an automobile accident occurring on April 22, 2017, on Highway 73 near Hope, Arkansas, and made the subject of this action are forever released and resolved.

It appears that all issues in this matter have been resolved and the case may now be dismissed pursuant to the parties' settlement agreements.  If so, the parties may file an appropriate dismissal motion.

**IT IS SO ORDERED**, this 24th day of March, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge