IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LIAM HASTINGS, Individually and
as Parent and Next Friend of NICOLAS
HASTINGS and SYDNEY HASTINGS, both
Minors; and TRENTON HASTINGS,
Individually                                                                                              PLAINTIFFS


v.                                              Case No. 4:19-cv-4067


FCA US LLC f/k/a/ CHRYSLER
GROUP, LLC f/k/a CHRYSLER LLC
f/k/a/ DAIMLER CHRYSLER f/k/a
CHRYSLER CORPORATION; LONNIE
MCCURRY'S FOUR-WHEEL-DRIVE-
CENTER, INC. d/b/a SKYJACKER
SUSPENSION, INC.; and QUADRATEC, INC.                                     DEFENDANTS

**ORDER**

Before the Court is Defendant Quadratec, Inc.'s Motion to Dismiss With Prejudice. (ECF No. 127). No response is necessary.

The parties have settled all issues in this case. Accordingly, Defendant Quadratec, Inc. asks to dismiss with prejudice its crossclaims against Defendants FCA US LLC and Lonnie McCurry's Four-Wheel-Drive-Center, Inc. An action or claim may be dismissed by court order, on terms the Court considers proper. Fed. R. Civ. P. 41(a)(2). "Voluntary dismissal under Rule 41(a)(2) should not be granted if a party will be prejudiced by the dismissal." *Adams v. USAA Cas. Ins. Co.*, 863 F.3d 1069, 1079 (8th Cir. 2017).

Good cause exists for the motion, as the Court sees no reason why the parties would be prejudiced by the dismissal of Defendant Quadratec, Inc.'s crossclaims. Accordingly, the instant motion (ECF No. 127) is hereby **GRANTED**. Defendant Quadratec, Inc.'s crossclaims against Defendants FCA US LLC and Lonnie McCurry's Four-Wheel-Drive-Center, Inc. are hereby

**DISMISSED WITH PREJUDICE**.  Plaintiffs have not yet moved to dismiss their claims against Defendants pursuant to the parties' settlement agreement, so those claims remain pending.

    **IT IS SO ORDERED**, this 9th day of May, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge
