IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LIAM HASTINGS, Individually and
as Parent and Next Friend of NICOLAS
HASTINGS and SYDNEY HASTINGS, both
Minors; and TRENTON HASTINGS,
Individually                                                                                               PLAINTIFFS

v.                                              Case No. 4:19-cv-4067

FCA US LLC f/k/a/ CHRYSLER
GROUP, LLC f/k/a CHRYSLER LLC
f/k/a/ DAIMLER CHRYSLER f/k/a
CHRYSLER CORPORATION; LONNIE
MCCURRY'S FOUR-WHEEL-DRIVE-
CENTER, INC. d/b/a SKYJACKER
SUSPENSION, INC.                                                                                        DEFENDANTS

**ORDER**

Before the Court is Plaintiffs' Motion to Dismiss With Prejudice The Complaint Against Lonnie McCurry's Four-Wheel-Drive-Center, Inc. (ECF No. 131). No response is necessary.

The Court is informed that the parties have settled all issues in this case. Pursuant to their settlement agreement, Plaintiffs ask to dismiss with prejudice their claims against Defendant Lonnie McCurry's Four-Wheel-Drive-Center, Inc. An action or claim may be dismissed by court order, on terms the Court considers proper. Fed. R. Civ. P. 41(a)(2). "Voluntary dismissal under Rule 41(a)(2) should not be granted if a party will be prejudiced by the dismissal." *Adams v. USAA Cas. Ins. Co.*, 863 F.3d 1069, 1079 (8th Cir. 2017).

Good cause exists for the motion because the Court sees no reason why the parties would be prejudiced by the dismissal of Plaintiff's claims against Defendant Lonnie McCurry's Four-Wheel-Drive-Center, Inc. Accordingly, the instant motion (ECF No. 131) is hereby **GRANTED**. Plaintiffs' claims against Defendant Lonnie McCurry's Four-Wheel-Drive-Center, Inc. are hereby

**DISMISSED WITH PREJUDICE**.  Plaintiffs have not yet moved to dismiss their claims against Defendant FCA US LLC, so those claims remain pending.

**IT IS SO ORDERED**, this 7th day of June, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge