IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LIAM HASTINGS, Individually and
as Parent and Next Friend of NICOLAS
HASTINGS and SYDNEY HASTINGS, both
Minors; and TRENTON HASTINGS,
Individually                                                                                    PLAINTIFFS

v.                                          Case No. 4:19-cv-4067

FCA US LLC f/k/a/ CHRYSLER
GROUP, LLC f/k/a CHRYSLER LLC
f/k/a/ DAIMLER CHRYSLER f/k/a
CHRYSLER CORPORATION                                                                   DEFENDANT

## ORDER

Before the Court is the parties' Stipulated Motion to Dismiss With Prejudice. (ECF No. 133). No response is necessary.

The parties have settled all issues in this case and ask for dismissal with prejudice of Plaintiffs' claims against Defendant FCA US LLC. An action or claim may be dismissed by court order, on terms the Court considers proper. Fed. R. Civ. P. 41(a)(2). "Voluntary dismissal under Rule 41(a)(2) should not be granted if a party will be prejudiced by the dismissal." *Adams v. USAA Cas. Ins. Co.*, 863 F.3d 1069, 1079 (8th Cir. 2017).

Good cause exists for the motion (ECF No. 133), which is hereby **GRANTED**. Plaintiffs' claims against Defendant FCA US LLC are **DISMISSED WITH PREJUDICE**. Each party shall bear their own fees and costs. No other claims remain, so the Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED**, this 25th day of July, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge